UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY BRADLEY,

    Plaintiff,

v.                                           Case No. 3:17cv191-RV-CJK

STEPHAN VAUGHN, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On June 15, 2017, the court ordered plaintiff to file either a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 6). That order was mailed to plaintiff at Okaloosa County Jail but returned as undeliverable. The Okaloosa County Jail's website confirms plaintiff was released from custody on June 2, 2017.[*] Plaintiff, however, has not provided the court with an updated mailing address or complied with the June 15 order. Based on the court's inability to contact plaintiff, the issuance of a show cause order would be futile. Thus, the undersigned recommends that this case be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE.

---

[*] *See* http://www3.co.okaloosa.fl.us/xjailwebsite/inmatesearch.aspx (last visited July 19, 2017).

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of July, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.   A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:17cv191-RV-CJK